UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CABLING CO. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERMOSA CONSTRUCTION ) <br> GROUP, LLC, et al. ) <br> ) <br> Defendants. ) | Civ. Action No. 13-cv-1977 (RJL) |

**ORDER**
(December 30, 2014)

On December 13, 2013, plaintiff American Cabling Co. filed a complaint against defendants Hermosa Construction Group, LLC and Hanover Insurance Co. alleging a failure to pay funds due for contracted services. *See generally* Compl. [Dkt. #1]. That same day, summonses were issued to defendants. Electronic Summons [Dkt. ## 2, 2-1]. On September 25, 2014, with no activity in the case since December 13, 2013, this Court issued an Order requiring plaintiff to show cause in writing within 30 days why the case should not be dismissed for lack of prosecution. Sept. 25, 2014 Order [Dkt. #4]. Because plaintiff failed to respond to the Court's Order to Show Cause within the time prescribed, and upon due consideration of the entire record herein, it is, this 30th day of December, 2014, hereby

**ORDERED** that plaintiff's case is dismissed without prejudice pursuant to Local Rule 83.23; and it is further

**ORDERED** that the Clerk, in addition to electronic notice, shall mail a paper copy of this Order to plaintiff's counsel of record with a return receipt requested, and shall mail a copy directly to plaintiff at its address of record.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge